An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KE ALOHA HOLDINGS, LLC,
                    Appellant,
          vs.
BANK OF AMERICA, N.A.,
SUCCESSOR BY MERGER TO BAC
HOME LOANS SERVICING, LP F/K/A
COUNTRYWIDE HOMES LOANS
SERVICING, LP; AND QUALITY LOAN
SERVICE CORPORATION,
                    Respondents.

No. 65831

**FILED**

JAN 09 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
          DEPUTY CLERK

## *ORDER APPROVING STIPULATION, IN PART, AND DISMISSING APPEAL*

The parties have filed a stipulation to "remand and vacate" in this appeal. The stipulation seeks to dismiss this appeal, vacate a district court order, return any bond to the party that deposited it, and set a deadline to file a document in district court. The parties' stipulation is approved to the following extent: this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). All other relief requested by the parties is appropriately sought in the district court rather than this court.

It is so ORDERED.

_____, C.J.

cc:     Hon. Jerry A. Wiese, District Judge
        Law Offices of Noggle Law PLLC
        Akerman LLP/Las Vegas
        McCarthy & Holthus, LLP/Las Vegas
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-01013